FILED
CLERK, U.S. DISTRICT COURT

JAN 10 2012

CENTRAL DISTRICT OF CALIFORNIA
BY                              DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CORREY MITCHELL,<br><br>           Petitioner,<br><br>    v.<br><br>D. G. ADAMS, Warden,<br><br>           Respondent. | No. CV 08-2747 CAS (FFM)<br><br>JUDGMENT |

    Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

    IT IS ADJUDGED that the Petition is dismissed with prejudice.

DATED: 1/10/12

_____
CHRISTINA A. SNYDER
United States District Judge